**Order filed October 31, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00740-CV

_____

**ASHLEY MARTINS AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION AKA FANNIE MAE,**
**Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1034183**

---

## ORDER

No reporter's record has been filed in this case. The official court reporter for the County Civil Court at Law No. 1 informed this court that appellant has not made arrangements for payment for the reporter's record. On September 11, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of

notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal **within 30** days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.


PER CURIAM